UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST LABORERS−EMPLOYERS HEALTH & SECURITY TRUST et al., <br><br> Plaintiffs, <br><br> v. <br><br> CORIA LANDSCAPE INC., <br><br> Defendant. | CASE NO. 2:24-cv-00782-LK <br><br> ORDER OF DISMISSAL |

This matter comes before the Court on its May 1, 2025 order to show cause within 21 days why this matter should not be dismissed for failure to prosecute and failure to serve. Dkt. No. 8. Having received no response from Plaintiffs, the Court now DISMISSES this action.

Dated this 28th day of May, 2025.

Lauren King
United States District Judge

ORDER OF DISMISSAL - 1